| | |
|---|---|
| 1 | Gary J. Smith (SBN 141393) |
| | Daniel M. Brian (SBN 262485) |
| 2 | BEVERIDGE & DIAMOND, P.C. |
| | 456 Montgomery Street, Suite 1800 |
| 3 | San Francisco, CA 94104-1251 |
| | Telephone: (415) 262-4045 |
| 4 | Facsimile: (415) 262-4040 |
| | Email: gsmith@bdlaw.com |
| 5 | dbrian@bdlaw.com |

(Additional Counsel are listed on the next page)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

POTRERO HILLS LANDFILL, INC., BLT ENTERPRISES OF SACRAMENTO, INC., BRENTWOOD DISPOSAL SERVICE, INC., CONCORD DISPOSAL SERVICE, INC., CONTRA COSTA WASTE SERVICE, INC., DISCOVERY BAY DISPOSAL, INC., NOVATO DISPOSAL SERVICE, INC., OAKLEY DISPOSAL SERVICE, INC., PACIFIC COAST DISPOSAL CORPORATION, PITTSBURG DISPOSAL AND DEBRIS BOX SERVICE, INC., REDWOOD EMPIRE DISPOSAL, INC., RIO VISTA SANITATION SERVICE, INC., ROHNERT PARK DISPOSAL, INC., SANTA ROSA RECYCLING AND COLLECTION, INC., SUNRISE GARBAGE SERVICE, INC., TIMBER COVE RECYCLING, INC., TRASHPROS, LLC, WASTE CONNECTIONS, INC., WASTE CONNECTIONS OF CALIFORNIA, INC., WEST COAST RECYCLING AND TRANSFER, INC., WEST SONOMA COUNTY DISPOSAL SERVICE, INC., WEST SONOMA COUNTY TRANSFER, INC., and WINDSOR REFUSE AND RECYCLING, INC.

      Plaintiffs,

 v.

COUNTY OF SOLANO,

      Defendants,

 and

SUSTAINABILITY, PARKS, RECYCLING AND WILDLIFE LEGAL DEFENSE FUND, SIERRA CLUB, and NORTHERN CALIFORNIA RECYCLING ASSOCIATION,

      Intervenors.

No. 2:09-CV-2514-JAM-JFM

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO CONFER AND SUBMIT A JOINT STATUS REPORT AS REQUIRED BY FED. R. CIV. P. 26(f)**

1

[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO CONFER AND SUBMIT JOINT STATUS REPORT; NO. 2:09-CV-2514-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

James B. Slaughter, DC Bar No. 417273 (admitted Pro Hac Vice)
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
Telephone: (202) 789-6040
Facsimile: (202) 789-6190
Email: jslaughter@bdlaw.com

Attorneys for Plaintiffs Potrero Hills Landfill, Inc., BLT Enterprises of Sacramento, Inc., Brentwood Disposal Service, Inc., Concord Disposal Service, Inc., Contra Costa Waste Service, Inc., Discovery Bay Disposal, Inc., Novato Disposal Service, Inc., Oakley Disposal Service, Inc., Pacific Coast Disposal Corporation, Pittsburg Disposal and Debris Box Service, Inc., Redwood Empire Disposal, Inc., Rio Vista Sanitation Service, Inc., Rohnert Park Disposal, Inc., Santa Rosa Recycling and Collection, Inc., Sunrise Garbage Service, Inc., Timber Cove Recycling, Inc., TrashPros, LLC, Waste Connections, Inc., Waste Connections of California, Inc., West Coast Recycling and Transfer, Inc., West Sonoma County Disposal Service, Inc., West Sonoma County Transfer, Inc., and Windsor Refuse and Recycling, Inc.

//

//

//

//

//

//

//

//

2

[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO CONFER AND SUBMIT JOINT STATUS REPORT; NO. 2:09-CV-2514-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED that the parties shall have until November 23, 2009 to confer and submit to the Court a joint status report as required by Rule 26(f).  All other provisions of the Court's order of September 8, 2009 remain in effect.

Dated:  November 10, 2009

                                                 /s/ John A. Mendez
                                                 The Honorable John A. Mendez
                                                 U.S. District Court Judge

3

[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO CONFER AND SUBMIT JOINT STATUS REPORT; NO. 2:09-CV-2514-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com